Hart Waterproof Clothing Corporation, Respondent, v. Peter Cosmos, Appellant.— Judgment and order of the County Court of Suffolk county unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

Morgan J. Hickey, Respondent, v. Erwin Bitter, Appellant.— Order vacating, upon condition, judgment by default, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

Henry S. Hotaling, Respondent, v. A. B. Leach & Co., Inc., and Arthur B. Leach, Appellants.— Order of Appellate Term affirming judgment of the Municipal Court, and judgment of the Municipal Court, affirmed, with costs. In our opinion, under the peculiar circumstances of this case, the principle as to the measure of damages stated in *Reno* v. *Bull* (226 N. Y. 546) and *Hindman* v. *First National Bank of Louisville* (112 Fed. 931, Circuit Court of Appeals, 6th Circuit, Lurton, J.) was not violated. Kelly, P. J., Young, Lazansky and Hagarty, JJ., concur; Manning, J., dissents upon the ground that an incorrect measure of damages was adopted.

Nellie M. Houston, Respondent, v. Seashore and Suburban Realty Corporation, Appellant, and Others, Defendants.— Order denying motion to dismiss complaint for insufficiency affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ., concur.

In the Matter of the Construction of the Last Will and Testament of Margaret Wilmarth Burdsall, Deceased. Herbert A. Shipman, Appellant; Julia G. Wilmarth and Others, Respondents.— Decree of the Surrogate's Court of Westchester county unanimously affirmed upon opinion of Hon. George A. Slater, Surrogate [reported in 128 Misc. 582], with costs, payable out of the estate, to all respondents who have filed briefs. Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.

In the Matter of the Application of Herbert E. Hall and Others, Appellants, v. William E. Walsh, Chairman, etc., and Henry L. Connell and Others, Members of the Board of Standards and Appeals, and Another, Respondents.— Final order, dismissing order of certiorari, unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.

Charles F. Jacobs, Respondent, v. Jane Jacobs, Appellant.— Order denying defendant's motion for judgment on the pleadings affirmed, without costs. No opinion. Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ., concur.